## EX PARTE BENITO. •

SOLICITUD para que se expida mandamiento de Habeas Corpus.

No. 40.—Resuelto en Noviembre 14, 1904.

HABEAS CORPUS—MANDAMIENTO DE ARRESTO.—Un mandamiento expedido con las formalidades prevenidas en los artículos 327 y 329 del Código de Enjuiciamiento Criminal, es perfectamente válido y eficaz en un procedimiento de Habeas Corpus.

ID.—Si en las constancias de autos no hubiere elementos suficientes para resolver sobre la legalidad ó ilegalidad de la prisión que sufriere el peticionario, la solicitud deberá desestimarse.

ID.—PENA PRINCIPAL—PRISIÓN SUBSIDIARIA.—En un procedimiento de Habeas Corpus no podrá investigarse la legalidad ó ilegalidad de la prisión subsidiaria que se hubiere impuesto al peticionario, mientras éste no hubiere extinguido su condena principal.

Los hechos están expresados en la opinión.

Abogado del peticionario: *Sr. Martinez Quintero.*

Abogado del Pueblo: *Sr. Rossy, Fiscal.*

Visto el anterior escrito en el que el abogado Don José E. Martinez Quintero, solicita la excarcelación de su defendido José Benito á virtud de un auto de Habeas Corpus, por no reunir los requisitos de un Mandamiento de prisión el documento que ha servido para su ingreso en la Cárcel de esta Capital, á extinguir la condena que le fuera impuesta por la Corte Municipal de Utuado, y por otras ilegalidades cometidas en la sentencia, con infracción de los artículos 396 del Código

Penal y 322 del Código de Enjuiciamiento Criminal vigente.

*Considerando:* respecto del primer motivo, que el documento que ha servido para reducir á prisión al peticionario José Benito, se ajusta á lo dispuesto en los artículos 327 y 329 de la Ley de Enjuiciamiento Criminal, y que respecto de los demás motivos alegados como fundamentos del recurso, los documentos que obran agregados al expediente, no contienen los elementos necesarios para juzgar sobre la legalidad ó ilegalidad de la pena impuesta, ni ha llegado la oportunidad de resolver sobre la ilegalidad de la prisión subsidiaria, puesto que aún no ha empezado el peticionario á extinguirla. Se declara no haber lugar á la excarcelación solicitada por el abogado Don José E. Martínez Quintero á nombre de José Benito, el que deberá ser conducido nuevamente á la Cárcel del Distrito de esta Capital donde se encuentra extinguiendo su condena, bajo la custodia del Alcaide de dicho establecimiento penal, con las costas á cargo del promovente.

*Denegada.*

Jueces concurrentes: Sres. Presidente, Quiñones y Asociados Hernandez, Figueras, MacLeary y Wolf.